UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00379-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| SHAQUAN HOWELL, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion for Early Termination of Supervised Release. Having considered defendant's motion and reviewed the pleadings, and defendant's supervising officer having not concurred in the request, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Early Termination of Supervised Release (#41) is **DENIED**.

Signed: May 6, 2019

Max O. Cogburn Jr
United States District Judge

1